IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANIEL BALDWIN,[1] | § | |
| | § | No. 79, 2017 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below: Family Court of the |
| v. | § | State of Delaware |
| | § | |
| DIVISION OF FAMILY SERVICES, | § | File Nos. 16-12-02 TN, |
| | § | CN15-06524 |
| Petitioner Below, | § | Pet. Nos. 16-36945, |
| Appellee. | § | 15-37830 |

Submitted: November 1, 2017
Decided: November 1, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **O R D E R**

This 1st day of November 2017, upon consideration of the parties' briefs and the record below, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in its thorough decision dated January 23, 2017 terminating the parental rights of the appellants.[2]

---

[1] By order dated February 23, 2017, the Court ordered assigned a pseudonym for the captions in this appeal under Supreme Court Rule 7(d).

[2] *Div. Family Servs. v. Daniel Baldwin*, No. 16-12-02TN (Del. Fam. Ct. Jan. 23, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family

Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice